IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Allen Holloway, ) | C/A NO. 3:11-2581-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Reginal [sic] I. Lloyd; Sheriff Leon Lott; ) | |
| Sgt. Randy Strange; and Seth Rose, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's motion to reconsider. ECF No. 51. Defendant Lloyd has responded in opposition.

Plaintiff contends that there is "clear error on the face of the record" relating to this court's dismissal of Defendant Reginald Lloyd. Mot. at 1. Plaintiff maintains that he did not receive a copy of the Report and Recommendation of Magistrate Judge Gossett, wherein she recommended the dismissal of Defendant Lloyd for failure to state a claim.

The record reflects that a copy of the Report and Recommendation ("Report") was mailed to Plaintiff at the address provided by Plaintiff when he filed the complaint. The record also reflects that Plaintiff's copy of the Report was returned to this court marked "Return to Sender No Such Number." ECF No. 43-1 at 1. As noted by Defendant, however, Plaintiff has apparently not sought to obtain a copy of the Report, and all other mail sent to Plaintiff at the same address by the Clerk has apparently been delivered.

Plaintiff maintains that "my motion in opposition [to Lloyd's motion to dismiss] certainly contained information and specific language as objection and opposition to defendant's motion to

1

dismiss [w]herewith this court could interpret [] construed as an objection to the Magistrate Judge's Report and Recommendation." Mot. at 2. Therefore, the court construes this opposition as Plaintiff's objection to the Report, and, after conducting a *de novo* review, **denies** Plaintiff's motion for reconsideration for the reasons stated in this court's Opinion and Order filed March 9, 2012.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie  
CAMERON McGOWAN CURRIE  
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina  
June 26, 2012